UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
WILLIAM JAMES WARNER, II,         )
        Plaintiff                 )
                                  )
             v.                   )   C.A. NO. 11-cv-30279-MAP
                                  )
SOCIAL SECURITY ADMINISTRATION,   )
        Defendant                 )
```

ORDER RE: RECONSIDERATION OF DISMISSAL

May 17, 2012

**PONSOR, U.S.D.J.**

On March 12, 2012, this court ordered this case dismissed following a denial by Magistrate Judge Kenneth P. Neiman of Plaintiff's Motion for Leave to Proceed in forma pauperis. Judge Neiman's ruling was based upon the fact that Plaintiff's complaint was untimely. See Ruling of December 23, 2011.

On March 14, 2012, Plaintiff filed a response to the order dismissing the case. (Dkt. No. 5). On March 20, 2012 this court referred the case to Magistrate Judge Neiman again for reconsideration of the dismissal. On that same day, Judge Neiman issued an electronic order denying reconsideration and noting that the additional documents submitted by Plaintiff did not in any way undercut the conclusion that the case was not filed in a timely fashion.

On March 27, 2012, Plaintiff filed an additional

exhibit in response to the order of dismissal.  Having reviewed this exhibit, the court finds that it does nothing to address the concerns about timeliness described by Judge Neiman.

    Based upon the foregoing, this case is hereby Ordered DISMISSED.  The clerk will enter judgment of dismissal.  This case may now be closed.

    It is So Ordered.

    /s/ Michael A. Ponsor
    MICHAEL A. PONSOR
    U. S. District Judge