## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| WILLIAM JAMES WARNER, II, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | **C. A. NO.** 3: 11-cv-30279 -MAP |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant | ) | |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** of dismissal pursuant to the court's order of dismissal entered this date, dismissing plaintiff's case.

SARAH A. THORNTON,
CLERK OF COURT

Dated: May 17, 2012

By /s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

(Civil Judgment of Dismissal- 4 (ptf v dft).wpd - 11/98)
[jgm.]